AARON D. FORD
  Attorney General
JOHN C. DORAME, Bar No. 10029
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1261
E-mail: jdorame@ag.nv.gov

*Attorneys for Defendants Charles Daniels, Michael Minev, M.D., and Candis Rambur (incorrectly named as C. Lucas)*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH LUMPKIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>M. MINEV, et al.,<br><br>　　　　Defendants. | Case No. 3:22-cv-00211-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED and agreed by and between Plaintiff, Joseph Lumpkin, *pro se*, and the Nevada Department of Corrections, Defendants Charles Daniels, Michael Minev, M.D., Candis Rambur (incorrectly named as C. Lucas), and Jessica Rambur (incorrectly named as J. Issacson), by and through counsel, Nevada Attorney General, Aaron D. Ford, and Deputy Attorney General, John C. Dorame, that pursuant to Federal Rule of Civil Procedure 41(a)(1), that this action should be dismissed in its entirety with prejudice by order of this Court.

///
///
///
///
///

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the parties' settlement agreement, each party hereto shall bear its own attorney's fees and costs.

DATED this 27 day of September, 2022.   DATED this __27__ day of September, 2022.

AARON D. FORD
Attorney General

By: _Joseph Lumpkin_
Joseph Lumpkin (#24430)
Plaintiff, Pro Se

By: _____
JOHN C. DORAME, Bar No. 10029
Deputy Attorney General

*Attorneys for Interested Party
Nevada Department of Corrections*

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED November 3, 2022

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on November 3, 2022, I electronically filed the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Joseph Lumpkin #24430
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702

_____
An employee of the
Office of the Attorney General